No. 10–9009.  GRAY v. COOPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 10–9012.  GARCIA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 10–9014.  KALALO ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir.  Certiorari denied.

No. 10–9015.  LLOYD v. NEW HANOVER REGIONAL MEDICAL CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 10–9018.  MCGUIRE v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–9026.  WALKER v. CURTIN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–9030.  FORD v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–9031.  FLORES v. JACQUEZ, ACTING WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 10–9032.  GUYTON v. HUNT.  Ct. Civ. App. Ala.  Certiorari denied.

No. 10–9033.  HARDEMAN v. SANDERS ET AL.  C. A. 10th Cir. Certiorari denied.

No. 10–9038.  COOPER v. OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS.  Super. Ct. Fulton County, Ga. Certiorari denied.

No. 10–9043.  STUDY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–9044.  RAMIREZ v. AULT, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 10–9048.  ROGERS v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.